

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---
### NO. WR-66,977-02
---

### IN RE JIM MARCUS AND RICHARD BURR

---

### ORDER TO APPEAR AND SHOW CAUSE FOR UNTIMELY FILED PLEADINGS IN APPLICANT GARCIA'S CASE FROM CAUSE NO. 2001CR4925-W2 IN THE 290TH JUDICIAL DISTRICT COURT BEXAR COUNTY

---

*Per Curiam.* PRICE, JOHNSON, and ALCALA, JJ., *dissent.* HERVEY, J., *not participating.*

### O R D E R

Applicant Frank Martinez Garcia was set for execution on Thursday, October 27, 2011. Counsel filed in the trial court on applicant's behalf on October 26, 2011, a subsequent writ application. He filed a motion for stay of execution on October 27, 2011. Pursuant to our Miscellaneous Rule 11-003 setting out the requirements and possible consequences of filing pleadings within the seven days preceding an applicant's execution, counsel Jim Marcus and Richard Burr filed with the untimely pleadings a declaration

purporting to explain the untimely pleadings.

The Court found counsels' declaration to be insufficient.  However, before the Court took any action pursuant to Miscellaneous Rule 11-003, it ordered both counsel to appear before it at 9:00 a.m. on Wednesday, January 11, 2012.  Counsel appeared as ordered.  After hearing counsels' explanation, the Court finds that both counsel are in contempt of this Court and assesses punishment at a fine of $500.00 each.  The Court further suspends the imposition of both fines for a period of one year.  On the condition that counsel do not violate the current filing rule during that period of time, the Court will thereafter vacate the punishment.

IT IS SO ORDERED THIS THE 11th DAY OF JANUARY, 2012.


Do Not Publish